**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Brendan P. Sheehan,<br><br>       Plaintiff(s),<br><br>    v.<br><br>Arrowood Indemnity Company Arrowood Indemnity Company<br><br>       Defendant(s). | Case No: 2:21-cv-03076-GRB-ST<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff(s) Brendan P. Sheehan and or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant(s) Arrowood Indemnity Company Arrowood Indemnity Company.

DATED: July 28, 2021

                **BARSHAY, RIZZO & LOPEZ, PLLC**

                By:   s/ *David M. Barshay*
                David M. Barshay, Esquire
                445 Broadhollow Road | Suite CL18
                Melville, New York 11747
                Tel: (631) 210-7272
                Fax: (516) 706-5055
                Our File No.: BRL21213
                *Attorneys for Plaintiff*

Dated: 7/29/2021
So Ordered. The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.